# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DOUGLAS LAKE RESORT OWNERS ASSOCIATION, INCORPORATED )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PAUL R. CONNER and BEVERLY J. CONNER, )<br>Et al.,  )<br>)<br>Defendants.  ) | No. 3:07-CV-290<br>(Phillips) |

## ORDER

This matter is before the court on plaintiff's motion to remand or for abstention [Doc. 4]. Subsequent to the filing of this motion, defendant Federal Home Loan Mortgage Corporation filed a response of no opposition to plaintiff's motion [Doc. 5] and withdrew its notice of removal [Doc. 6].

There being no opposition to the motion to remand or for abstention and defendant having withdrawn its notice of removal, this court has no apparent basis for subject matter jurisdiction. Plaintiff's motion to remand this case to state court or for abstention is **GRANTED**. Accordingly, this action is **REMANDED** to the Chancery Court for Sevier County, Tennessee.

**IT IS SO ORDERED**.

ENTER:

        s/ Thomas W. Phillips
United States District Judge